Peremptory Order of Mandamus Directed to ARTHUR J. W. HILLY, Esq., as Corporation Counsel or Chief Law Officer of the City of New York, Respondent, Commanding, Enjoining, etc., to Ascertain Compensation and Recompense Due to Said MACOMBS-NELSON, INC., etc., by Reason of the Closing, Abandonment, etc., of Fulton Street, in the Borough of The Bronx, City of New York, in Front of Petitioner's Property.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of NATIONAL ENGINEERING CORPORATION, Respondent, for an Order Discharging of Record the Alleged Lien Filed by WILLIAM GRAHAM, Appellant.—Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHIARELLO STEVEDORING Co., INC., Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GRACELINE HANDBAGS, INC., Respondent, v. SAMUEL MILLER and Another, Copartners, etc., Defendants, Impleaded with SAMUEL MILLER, Appellant.— Order modified by denying plaintiff's motion for an injunction, and as so modified affirmed, without costs, and without prejudice to an application for an immediate trial. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LAWYERS MORTGAGE COMPANY, Respondent, v. NINTH AVENUE AND FIFTY-FIFTH STREET CORPORATION and Others, Defendants, Impleaded with THERESA PLOTKIN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LAWYERS MORTGAGE COMPANY, Respondent, v. NINTH AVENUE AND FIFTY-FIFTH STREET CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN W. NEAL, Appellant, v. NATIONAL CITY BANK OF NEW YORK, Respondent, Impleaded with Another.— Order modified by limiting examination as to items 1, 5 and 6, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE MANHATTAN LIFE INSURANCE COMPANY, Respondent, v. MERRIAM REALTORS, INC., Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARY FREEMAN ROBINSON, Respondent, v. SUN TAXI CORPORATION, Appellant.— Order affirmed, without costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PARAGON CONSTRUCTION Co., INC., Respondent, v. JOROSE CORPORATION and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NEW AMSTERDAM CASUALTY COMPANY and JOHN E. SHEEHY, Respondents. v.